# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:07MJ87** |
| | ) | |
| **vs.** | ) | **ORDER TO DISMISS** |
| | ) | **WITHOUT PREJUDICE THE** |
| **STEVEN C. SMITH,** | ) | **COMPLAINT AGAINST** |
| | ) | **STEVEN C. SMITH** |
| **Defendant.** | ) | |

**IT IS ORDERED**, pursuant to Federal Rule of Criminal Procedure 48(a), leave of Court is granted for the dismissal without prejudice of the Complaint regarding Defendant, STEVEN C. SMITH, pursuant to Motion of the United States (Filing No. 9).

DATED this 3rd day of March, 2008.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge